Case: 3:25-cv-50418 Document #: 5 Filed: 09/17/25 Page 1 of 2 PageID #:25
JUDGE PALLMEYER
MAGISTRATE JUDGE SCHNEIDER
FILED
9/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SENECA SMITH, et al.,

    Plaintiffs,

-vs-    No. 25CV50418

LATOYA HUGHES, et al.,

    Defendants.

## MOTION FOR PRELIMINARY INJUNCTION

### Relief Sought

    Plaintiff moves the Court for a preliminary injunction pending the final judgment in this action. The preliminary injunction will enjoin the Defendant Latoya Hughes, this Defendant's agents, servants, employees, and attorneys, and all persons in active concert and participation with this defendant from:

    (1) Confining the Plaintiff under any of the conditions described in the Complaint.

### Grounds for Relief

    It is essential that the Court issue the requested preliminary injunction to prevent immediate and irreparable injury because:

    1. As established by the verified Complaint, unless restrained by this Court, the Defendant will perform the acts sought to be enjoined.

    2. As established by the verified Complaint, if the Defendant does perform the acts sought to be enjoined, the Plaintiff will suffer immediate and irreparable harm in that he will be continuously confined under the same actions that arise from Defendant's actions as described in the Complaint.

    3. As established by the Memorandum of Points and Authority i

-1-

n support of this Motion, The Plaintiff has has no adequate remedy at law for the injuries sought to be prevented by the requested preliminary injunction.

4. As shown by the verified Complaint and the Memorandum of Points and Authorities, the Plaintiff is likely to succeed on the merits of this action.

5. As shown by the verified Complaint and the Memorandum of Points and Authorities, the issuance of a preliminary injunction will not cause undue inconvenience or loss to Defendant in that the IL Dep't of Corrections (IDOC) transfers Individuals in Custody (IC) weekly from most prisons and twice weekly from others and being that there are more than 15,000 **vacant beds in IDOC. Thus if Defendant ordered her Transfer Coordinator to single-man cell every IC, that order could be followed.**

## Support for Motion

This motion is based on all of the papers and records on file in this action, including this document, the verified Complaint, the supporting Memorandum of Points and Authorities, and on whatever argument and evidence is presented at the hearing of this motion.

Date: 9-17-2025

Respectfully submitted ,

*Seneca Smith*
Seneca Smith K76299
Western IL C.C.
2500 Rt 99 South
Mt. Sterling, IL 62353

-2-